UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00126 |
| | ) | JUDGE CAMPBELL |
| PEDRO GOMEZ-DUARTE | ) | |

## ORDER

Pending before the Court is Defendant's Motion To Substitute Counsel (Docket No. 14). Through the Motion, the Defendant moves the Court to substitute Mariah A. Wooten as counsel of record for the Defendant in place of Caryll S. Alpert. The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE