UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | NO. 3:13-00126 |
| ) | JUDGE CAMPBELL |
| PEDRO GOMEZ-DUARTE ) | |

## ORDER

Pending before the Court is a Motion to Allow Probation to Release Presentence Report (Docket No. 21). The Motion is GRANTED.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE