UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00126 |
| | ) | JUDGE CAMPBELL |
| PEDRO GOMEZ-DUARTE | ) | |

ORDER

Pending before the Court is a Motion to Withdraw as Attorney of Record (Docket No. 25) filed by counsel for Defendant. The Court will hold a hearing on the Motion on Monday, January 13, 2014, at 10:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE